DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Roberson<br><br>Case below:<br>174 N.C. App. 840 | No. 707P05 | 1. AG's Motion for Temporary Stay (COA04-1645) | 1. Allowed<br>**360 N.C. 294**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 157 |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied<br>12/19/06 |
| State v. Sellars<br><br>Case below:<br>173 N.C. App. 235 | No. 547P05 | 1. AG's Motion for Temporary Stay (COA04-289) | 1. Allowed<br>**360 N.C. 75**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 158 |
| | | 4. Def's Motion to Dismiss with Prejudice Pursuant to N.C.G.S. § 15A-1443(a)(b)(c) and N.C.G.S. § 15A-954(a)(I)(4)(7) | 4. Dismissed<br>12/19/06 |
| | | 5. Def's Motion to Dissolve Stay | 5. Dismissed as Moot<br>12/19/06 |
| State v. Sprinkle<br><br>Case below:<br>173 N.C. App. 449 | No. 570P05 | 1. AG's Motion for Temporary Stay (COA04-1291) | 1. Allowed<br>**360 N.C. 76**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 159<br><br>**Timmons-Goodson, J., Recused** |